UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 6, 2013

_____

DOCKET CORRECTION NOTICE
_____

No. 12-4796,    <u>US v. Parish McNeil</u>
                7:11-cr-00161-BO-4

TO:    Dennis Hayes Sullivan

MOTION OR RESPONSE CORRECTION DUE:  December 16, 2013

Please file the corrections identified below and file a corrected document by the date indicated using the **MOTION** or **RESPONSE** entry.

---

[x] Motions to withdraw as counsel at the certiorari stage must state that counsel believes that a certiorari petition would be frivolous. Local Rule 46(d). Please file an amended motion with the required language.

---

[x] Motions to withdraw as counsel at the certiorari stage must state that counsel has served the motion on the defendant and advised the defendant of the right to file a response within 7 days. Local Rule 46(d). Please file an amended motion with the required language.

---

[ ] Unless leave is granted for additional pages, motions and responses cannot exceed 20 pages (exclusive of corporate disclosure, certificate of service, and accompanying documents), and replies cannot exceed 10 pages. FRAP 27(d)(2). Please file an amended document or a motion establishing good cause to exceed the length limitations.

---

[ ] Motions filed by counsel must state that counsel for the other parties have been informed of the filing of the motion and must indicate whether they consent to the motion or intend to file a response in opposition. Local Rule 27(a). Please file an amended motion with the required language.

[ ] Motions for voluntary dismissal of a criminal appeal must be signed by appellant personally, or counsel must state why a signature could not be obtained and the basis for counsel's understanding that appellant wishes to dismiss the appeal. Local Rule 42. Please file an amended motion complying with the signature requirement.

Deborah S. Daniel, Deputy Clerk
804-916-2704